| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| DISTRICT OF NEBRASKA |
| Case number *(if known)* _____    Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Bozell & Jacobs, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-0845135** |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **18966 C Street** <br> **Omaha, NE 68130** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Douglas** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL)  _____

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:  _____

Debtor    **Bozell & Jacobs, LLC**

Name                                                    Case number (*if known*)

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

■ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Bozell & Jacobs, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Bozell & Jacobs, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Bozell & Jacobs, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 23, 2025**
                MM / DD / YYYY

**X** **/s/ Andrew Spaulding**                              **Andrew Spaulding**
Signature of authorized representative of debtor            Printed name

Title    **Authorized Representative**

---

**18. Signature of attorney**

**X** **/s/ Patrick R. Turner**                  Date    **July 23, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Patrick R. Turner**
Printed name

**Turner Legal Group, LLC**
Firm name

**9375 Burt Street**
**#200**
**Omaha, NE 68114**
Number, Street, City, State & ZIP Code

Contact phone    **402-690-3675**    Email address    **pturner@turnerlegalomaha.com**

**23461 NE**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Bozell & Jacobs, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 23, 2025**          X **/s/ Andrew Spaulding**
                                            Signature of individual signing on behalf of debtor

                                            **Andrew Spaulding**
                                            Printed name

                                            **Authorized Representative**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Bozell & Jacobs, LLC**

United States Bankruptcy Court for the:    **DISTRICT OF NEBRASKA**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bridge Tower OpCo, LLC PO Box 745929 Atlanta, GA 30374-5929 | | Trade Debt | | | | $26,828.57 |
| Cox Communications c/o McCCarthy Burgess Wolff 26000 Cannon Road Bedford, OH 44146 | | Trade Debt | | | | $37,452.22 |
| Cox Media LLC Kansas PO Box 849990 Dallas, TX 75284-9990 | | Trade Debt | | | | $59,910.46 |
| FNBO Credit Card c/o Karl Von Oldenburg 14211 Arbor Street, #100 Omaha, NE 68144 | | Trade Debt | Unliquidated | | | $165,909.65 |
| FreeWheel Advertisers 23608 Network Place Chicago, IL 60673-1236 | | Trade Debt | | | | $56,970.14 |
| iHeartMedia PO Box 419499 Boston, MA 02241-9499 | | Trade Debt | | | | $45,564.63 |
| Jackie Miller 13615 220th Street Council Bluffs, IA 51503 | | Loan | | | | $52,781.02 |

| Debtor | **Bozell & Jacobs, LLC** | | | Case number *(if known)* | |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **kdvr.com** **PO Box 11155** **Los Angeles, CA** **90074-1155** | | **Trade Debt** | | | | **$17,356.00** |
| **Kim** **Mickelsen-Shippen** **778 Gunsmoke** **Drive** **Bailey, CO 80421** | | **Loan** | **Unliquidated** **Disputed** **Subject to** **Setoff** | | | **$70,092.08** |
| **KUNC & The** **Colorado Sound** **1901 56th Avenue** **Suite 200** **Greeley, CO 80634** | | **Trade Debt** | | | | **$42,459.93** |
| **Lamar Companies** **PO Box 746966** **Atlanta, GA** **30374-6966** | | **Trade Debt** | | | | **$47,231.00** |
| **Limbo, LLC** **407 N 117th Street** **Omaha, NE 68154** | | **Trade Debt** | | | | **$114,750.00** |
| **Meltwater News US** **Inc** **PO Box 23721** **14005 Live Oak Ave** **Irwindale, CA** **91706-1300** | | **Trade Debt** | | | | **$27,213.75** |
| **NRG Media** **PO Box 666** **Kearney, NE 68848** | | **Trade Debt** | | | | **$18,608.59** |
| **OCD Media, LLC** **1031 Tiki Ter** **Hardeeville, SC** **29927** | | **Trade Debt** | | | | **$66,082.90** |
| **Prospero** **Programmatic** **1031 Tiki Ter** **Hardeeville, SC** **29927** | | **Trade Debt** | | | | **$302,590.26** |
| **Robin L. Donovan** **15724 Leavenworth** **Omaha, NE 68118** | | **Loan** | **Disputed** **Subject to** **Setoff** | | | **$145,033.40** |
| **Spectrum Reach** **PO Box 936671** **Atlanta, GA 31193** | | **Trade Debt** | | | | **$79,158.99** |
| **Street Media Group,** **LLC** **3553 Clydesdale** **Parkway** **Suite 310** **Loveland, CO 80538** | | **Trade Debt** | | | | **$34,862.50** |

| Debtor | **Bozell & Jacobs, LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wichita Business Journal / American City**<br>**PO Box 504245**<br>**St. Louis, MO 63150** | | **Trade Debt** | | | | **$51,539.00** |

**Fill in this information to identify the case:**

Debtor name    **Bozell & Jacobs, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $ _____448,019.52

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ _____448,019.52

---

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____15,830.86

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ _____1,770,979.23

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b

   $ _____1,786,810.09

**Fill in this information to identify the case:**

Debtor name      **Bozell & Jacobs, LLC**

United States Bankruptcy Court for the:      DISTRICT OF NEBRASKA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Premier Bank** | **Check** | 1533 | **$4,043.05** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.            **$4,043.05**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11b. Over 90 days old: | **70,000.00** | - | **0.00** | =.... | **$70,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor   **Bozell & Jacobs, LLC**                                    Case number *(If known)* _____
         Name

| 11b. Over 90 days old: | **366,842.90** | - | **0.00** | =.... | **$366,842.90** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$436,842.90** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

### Part 4:   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **See Exhibit A/B** **Value is Debtor's Estimate** | **Unknown** | **N/A** | **$7,133.57** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. **Sample, Items, Records, Client Files.** **Value is Debtor's Estimate.** | **$0.00** | | **$0.00** |

| 43. | **Total of Part 7.** | **$7,133.57** |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

44.      **Is a depreciation schedule available for any of the property listed in Part 7?**

| Debtor | **Bozell & Jacobs, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**Domain, Trademarks**<br>**Value is Debtor's Estimate.** | **$0.00** | | **Unknown** |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor  **Bozell & Jacobs, LLC**                                    Case number *(If known)* _____
         Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
      Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**
      **Debtor's Coverage under Existing Liability, D&O,**
      **Casualty Insurance.**                                                **Unknown**

74.  **Causes of action against third parties (whether or not a lawsuit**
      **has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of**
      **every nature, including counterclaims of the debtor and rights to**
      **set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership
      **See Exhibit A/B**
      **Value is Debtor's Estimate**
      **Scrap Items**                                                         **$0.00**

78.  **Total of Part 11.**                                                   | **$0.00** |
      Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor    **Bozell & Jacobs, LLC**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,043.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $436,842.90 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,133.57 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $448,019.52 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $448,019.52 |

| Number | Serial | Item | Value | Basis |
|---|---|---|---|---|
| 1 | TJG6CVYNPY | Apple MacBook Pro (14-inch, 2023) | $ 800.00 | Estimate |
| 2 | N2P9VY1CV0 | Apple MacBook Pro (13-inch, M2, 2022) | $ 530.00 | Estimate |
| 3 | C02YR0RMLVCL | Apple MacBook Pro (15-inch, 2019) | $ 315.00 | Estimate |
| 4 | C02YW1DGLVCG | Apple MacBook Pro (15-inch, 2019) | $ 285.00 | Estimate |
| 5 | C02V10F6HV2L | Apple Macbook Pro (13-inch, 2017, Two Thunderbolt 3 ports) | $ 160.00 | Estimate |
| 6 | FVFWP2EBHV2D | Apple Macbook Pro (13-inch, 2017, Two Thunderbolt 3 ports) | $ 110.00 | Estimate |
| 7 | C02VC2ABHV2L | Apple Macbook Pro (13-inch, 2017, Two Thunderbolt 3 ports) | $ 110.00 | Estimate |
| 8 | | Vertiv Liebert PSI5 UPS - 1500VA/1350W 120V\| 2U | $ 821.13 | Purchase Price |
| 9 | | Vertiv Liebert IntelliSlot Unity - SNMP - Network Card | $ 226.93 | Purchase Price |
| 10 | | Dell R450 Server with 32GB RAM and 4x 480GB SSD | $ 3,775.51 | Purchase Price |

**$ 7,133.57**

| Item | Quantity |
|---|---|
| Client Black Books | 6 Totes |
| Client Samples | 1 Tote, 9 Misc. Boxes |
| Bozell Archives | 3 Totes, 2 Large Boxes |
| Bozell History | 1 Tote |
| CWS Archives | 3 Totes |
| CWS Mini Bats | 1 Box |
| Book of Awesome | 1 Box |
| Misc. External Drives | 2 Boxes, 1 Crate |
| Photos | 1 Tote, 3 Small Boxes |
| Misc Bozell/Client Files | 19 Boxes |
| Misc. Bozell/Client CDs | 6 Binders |
| Misc. Loose Bozell Items | 15 Pieces |
| Framed Drowning Girl Print | 1 |

| Item | Quantity |
|------|----------|
| Misc. Cords | 1 Small Box |
| Metal Shelving Unit | 1 Unit |
| Printer Toner | 1 Box |
| Tripp-Lite UPS | 4 Units |
| Khal Drobo Server | 1 Unit |
| Misc. Used Hard Drives | 1 Box |
| Dell Optiplex 980 Desktop | 1 Unit |
| Dell Optiplex 330 Desktop | 1 Unit |
| Dell Optiplex 9010 Desktop | 1 Unit |
| Dell Optiplex 9020 Desktop | 1 Unit |
| Dell Optiplex 7040 Desktop | 1 Unit |
| Hobo (Pro) Server | 1 Unit |
| Dell Optiplex 7020 Desktop | 4 Units |
| Drobo Server Unit | 1 Unit |
| iMac Desktop | 4 Units |

Scrap

**Fill in this information to identify the case:**

Debtor name    **Bozell & Jacobs, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| | | |
|---|---|---|
| **2.1**  **Joseph Donovan** | Describe debtor's property that is subject to a lien | |
| Creditor's Name | **ERT Credits** | **$0.00**                       **$0.00** |
| **15724 Leavenworth St**  **Omaha, NE 68118** | | |
| Creditor's mailing address | Describe the lien | |
| | **Security Interest** | |
| | **Is the creditor an insider or related party?** | |
| Creditor's email address, if known | ☑ No  ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred**  **6-4-2022** | ☑ No  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| Last 4 digits of account number | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**  Check all that apply | |
| ☑ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Unliquidated  ☑ Disputed | |

| | | |
|---|---|---|
| **2.2**  **US Bank Equipment Finance** | Describe debtor's property that is subject to a lien | |
| Creditor's Name | **Printers** | **$15,830.86**        **Unknown** |
| **1310 Madrid Street**  **#101**  **Marshall, MN 56258** | | |
| Creditor's mailing address | Describe the lien | |
| | **Leased Equipment** | |
| | **Is the creditor an insider or related party?** | |
| Creditor's email address, if known | ☑ No  ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred**  **2022** | ☑ No  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| Last 4 digits of account number  **7000** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**  Check all that apply | |

| Debtor | **Bozell & Jacobs, LLC** | | Case number (*if known*) | |
|--------|--------------------------|--|---------------------------|--|
| | Name | | | |

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent

☑ Unliquidated

☑ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $15,830.86 |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|-------------------------------------------------------------|-------------------------------------------------|
| | | |

**Fill in this information to identify the case:**

Debtor name      **Bozell & Jacobs, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Douglas County Treasurer
1819 Farnam StreetH-02
Omaha, NE 68183**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | Bozell & Jacobs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Nebraska Department of Revenue
Bankruptcy Unit
P.O. Box 94818
Lincoln, NE 68509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**\*Small Business Administration
District Counsel
10675 Bedford Ave, Ste 100
Omaha, NE 68134**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2021 and 2022**

Basis for the claim:  **EIDL Loan**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.04** |
|---|---|---|---|

**101.3 KOZY-FM
PO Box 239
Scottsbluff, NE 69363-0239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.04** |
|---|---|---|---|

**93.3 KMOR
PO Box 239
Scottsbluff, NE 69363-0239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**9News.com KUSA
PO Box 637386
Cincinnati, OH 45263-7386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Adform Inc.
7th, 255 Centre St.
New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Bozell & Jacobs, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,729.75 |
|---|---|---|---|

**Alpha Media Columbus / KLIR-FM**
**1418 25th Street**
**Columbus, NE 68601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $862.60 |
|---|---|---|---|

**Andrew Spaulding**
**18966 C Street**
**Omaha, NE 68130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beazley USA Services, Inc.**
**65 Memorial Road**
**Suite 320**
**West Hartford, CT 06107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,050.00 |
|---|---|---|---|

**BizWest Media, LLC**
**PO Box 270810**
**Fort Collins, CO 80527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,828.57 |
|---|---|---|---|

**Bridge Tower OpCo, LLC**
**PO Box 745929**
**Atlanta, GA 30374-5929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,264.72 |
|---|---|---|---|

**Capital One Credit Card**
**PO Box 60519**
**City of Industry, CA 91716-0519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chubb Claims Department**
**PO Box 5122**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Bozell & Jacobs, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,452.22 |
|---|---|---|---|

**Cox Communications**
**c/o McCCarthy Burgess Wolff**
**26000 Cannon Road**
**Bedford, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,910.46 |
|---|---|---|---|

**Cox Media LLC Kansas**
**PO Box 849990**
**Dallas, TX 75284-9990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,952.00 |
|---|---|---|---|

**E Squared Communications, Inc.**
**7537 SW 26th St.**
**Topeka, KS 66614-4751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,097.64 |
|---|---|---|---|

**Eagle Communications, Inc.**
**PO Box 248**
**North Platte, NE 69103-0248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,752.00 |
|---|---|---|---|

**Estes Park News**
**PO Box 508**
**Estes Park, CO 80517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Extra Storage Space**
**19025 Edna Street**
**Omaha, NE 68136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Firespring**
**1201 Infinity Ct.**
**Lincoln, NE 68512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bozell & Jacobs, LLC** | Case number (if known) | |
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,961.00 |

**Flagship Publishing Inc**
**PO Box 270130**
**Fort Collins, CO 80527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165,909.65 |

**FNBO Credit Card**
**c/o Karl Von Oldenburg**
**14211 Arbor Street, #100**
**Omaha, NE 68144**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number  9702

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,970.14 |

**FreeWheel Advertisers**
**23608 Network Place**
**Chicago, IL 60673-1236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,025.00 |

**Gannett Colorado LocaliQ**
**PO Box 631823**
**Cincinnati, OH 45263-1823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Hartford Underwriters Insurance Company**
**3600 Wiseman Blvd**
**San Antonia, TX 78251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,405.97 |

**High Plains Radio**
**PO Box 333**
**McCook, NE 69001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,570.18 |

**Huskeradio KXNP KODY KHAQ**
**307 E. 4th Street**
**North Platte, NE 69101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Bozell & Jacobs, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,564.63** |
|---|---|---|---|

**iHeartMedia**
**PO Box 419499**
**Boston, MA 02241-9499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,781.02** |
|---|---|---|---|

**Jackie Miller**
**13615 220th Street**
**Council Bluffs, IA 51503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,385.25** |
|---|---|---|---|

**KAKE-TV**
**3914 Wistar Road**
**Richmond, VA 23228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,559.15** |
|---|---|---|---|

**KBRB - AM/FM, KBRB - FM**
**PO Box 285**
**Ainsworth, NE 69210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,670.76** |
|---|---|---|---|

**KBRX- FM**
**PO Box 150**
**O'Neill, NE 68763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,283.20** |
|---|---|---|---|

**KCSR-AM / KBPY-FM / Chadrad**
**Communicatio**
**226 Bordeaux St.**
**Chadron, NE 69337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,356.00** |
|---|---|---|---|

**kdvr.com**
**PO Box 11155**
**Los Angeles, CA 90074-1155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Bozell & Jacobs, LLC** | | Case number (*if known*) | |
|--------|--------------------------|---|---|---|
| | Name | | | |

---

**3.34** | **Nonpriority creditor's name and mailing address**
**KFXJ-FM / SummitMedia LLC / Wichita**
PO Box 530063
Atlanta, GA 30353-0063

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$8,835.75**

---

**3.35** | **Nonpriority creditor's name and mailing address**
**Kim Mickelsen-Shippen**
778 Gunsmoke Drive
Bailey, CO 80421

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ☐ No  ■ Yes

**$70,092.08**

---

**3.36** | **Nonpriority creditor's name and mailing address**
**KMRZ**
PO Box 2128
Rock Springs, WY 82902

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,550.00**

---

**3.37** | **Nonpriority creditor's name and mailing address**
**KNEN-FM**
214 North 7th Street
Suite 1
Norfolk, NE 68701

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.05**

---

**3.38** | **Nonpriority creditor's name and mailing address**
**KNOP**
PO Box 14200
Tallahassee, FL 32317-4200

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,445.25**

---

**3.39** | **Nonpriority creditor's name and mailing address**
**KNZA Inc. KOZA-FM / Billing Services**
PO Box 104
Hiawatha, KS 66434-0104

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,628.68**

---

**3.40** | **Nonpriority creditor's name and mailing address**
**KQSW**
PO Box 2128
Rock Springs, WY 82902

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,550.00**

---

| Debtor | Bozell & Jacobs, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,863.22 |
|---|---|---|---|

**KRVN-AM**
**PO Box 880**
**Lexington, NE 68850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,550.00 |
|---|---|---|---|

**KSIT**
**PO Box 2128**
**Rock Springs, WY 82902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,524.50 |
|---|---|---|---|

**KSUX Radio**
**2000 Indian Hills Drive**
**Sioux City, IA 51104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,459.93 |
|---|---|---|---|

**KUNC & The Colorado Sound**
**1901 56th Avenue**
**Suite 200**
**Greeley, CO 80634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.05 |
|---|---|---|---|

**KUSO-FM**
**214 North 7th Street**
**Suite 1**
**Norfolk, NE 68701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,933.50 |
|---|---|---|---|

**KWCH**
**PO Box 14200**
**Tallahassee, FL 32317-4200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,231.00 |
|---|---|---|---|

**Lamar Companies**
**PO Box 746966**
**Atlanta, GA 30374-6966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Bozell & Jacobs, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,180.95**

Laura E. Spaulding
18966 C Street
Omaha, NE 68130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,775.92**

Learfield
PO Box 843787
Kansas City, MO 64184

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,100.00**

Lee Agri-Media c/o Lee Advertising
PO Box 4690
Carol Stream, IL 60197-4690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114,750.00**

Limbo, LLC
407 N 117th Street
Omaha, NE 68154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,830.86**

Marco Technologies LLC
PO Box 790448
St. Louis, MO 63179-0048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,213.75**

Meltwater News US Inc
PO Box 23721
14005 Live Oak Ave
Irwindale, CA 91706-1300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,787.00**

Nebraska Farm Bureau News
PO Box 640
Iowa Falls, IA 50126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bozell & Jacobs, LLC** | Case number (if known) |
| | Name | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,248.00** |
| | **Nebraska Rural Electric Association** | ☐ Contingent | |
| | **PO Box 82048** | ☐ Unliquidated | |
| | **Lincoln, NE 68501** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,828.28** |
| | **Nebraska Rural Radio Association** | ☐ Contingent | |
| | **1309 RD 11** | ☐ Unliquidated | |
| | **York, NE 68467** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,278.76** |
| | **News Channel Nebraska 35** | ☐ Contingent | |
| | **214 North 7th Street** | ☐ Unliquidated | |
| | **Suite 1** | ☐ Disputed | |
| | **Norfolk, NE 68701** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,700.04** |
| | **News Talk 690/101.7 - KOLT** | ☐ Contingent | |
| | **PO Box 239** | ☐ Unliquidated | |
| | **Scottsbluff, NE 69363-0239** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,674.25** |
| | **NGWN** | ☐ Contingent | |
| | **2923 E Lincolnway** | ☐ Unliquidated | |
| | **Cheyenne, WY 82001** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,350.00** |
| | **North Platte Bulletin** | ☐ Contingent | |
| | **1300 E. 4th** | ☐ Unliquidated | |
| | **Suite F** | ☐ Disputed | |
| | **North Platte, NE 69101** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,608.59** |
| | **NRG Media** | ☐ Contingent | |
| | **PO Box 666** | ☐ Unliquidated | |
| | **Kearney, NE 68848** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Bozell & Jacobs, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66,082.90** |
| | **OCD Media, LLC**<br>**1031 Tiki Ter**<br>**Hardeeville, SC 29927** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$895.00** |
| | **Ogden Publications, Inc. / ATTN: Account**<br>**1503 SW 42nd Street**<br>**Topeka, KS 66609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,948.00** |
| | **Pinnacle Media**<br>**6721 W. 121st St.**<br>**Overland Park, KS 66209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,044.00** |
| | **Prairie Mountain Media**<br>**PO Box 8008**<br>**Willoughby, OH 44096-8008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,946.09** |
| | **Prime Secured**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$302,590.26** |
| | **Prospero Programmatic**<br>**1031 Tiki Ter**<br>**Hardeeville, SC 29927** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$145,033.40** |
| | **Robin L. Donovan**<br>**15724 Leavenworth**<br>**Omaha, NE 68118** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| Debtor | **Bozell & Jacobs, LLC** | | Case number (*if known*) | |
| | Name | | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,628.75 |
|---|---|---|---|
| | **Sinclair Broadcast Group c/o KHGI**<br>**PO Box 206270**<br>**Dallas, TX 75320-6270** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,158.99 |
|---|---|---|---|
| | **Spectrum Reach**<br>**PO Box 936671**<br>**Atlanta, GA 31193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,862.50 |
|---|---|---|---|
| | **Street Media Group, LLC**<br>**3553 Clydesdale Parkway**<br>**Suite 310**<br>**Loveland, CO 80538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,836.90 |
|---|---|---|---|
| | **Sweetwaternow LLC**<br>**c/o Charles Barnum, PC**<br>**409 Broadway Street, Suite A**<br>**Rock Springs, WY 82901** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,499.20 |
|---|---|---|---|
| | **TCV Publishing, Inc. / The Community Voi**<br>**2918 E Douglas**<br>**Wichita, KS 67214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,935.37 |
|---|---|---|---|
| | **The North Platte Telegraph c/o Lee Adver**<br>**PO Box 4690**<br>**Carol Stream, IL 60197-4690** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,501.90 |
|---|---|---|---|
| | **TRN Media**<br>**40 Shoshone Ave.**<br>**Green River, WY 82935** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Bozell & Jacobs, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,325.07**

**Valpak of Omaha**
PO Box 856412
Minneapolis, MN 55485-6412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51,539.00**

**Wichita Business Journal / American City**
PO Box 504245
St. Louis, MO 63150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,419.50**

**WJAG AM / KEXL FM / KQKX FM**
PO Box 789
Norfolk, NE 68702-0789

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Workamajig**
1815 Lakewood Road
Toms River, NJ 08755

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Kate Derr**<br>9921 S. 168th Ave<br>Omaha, NE 68136 | Line  **3.68**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. | + $ | **1,770,979.23** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | **1,770,979.23** |

**Fill in this information to identify the case:**

Debtor name     **Bozell & Jacobs, LLC**

United States Bankruptcy Court for the:     DISTRICT OF NEBRASKA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal         Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Printer / Copier Lease.** |
| State the term remaining | **Expires June of 2026** |
| List the contract number of any government contract | **Marco Technologies LLC**<br>**PO Box 790448**<br>**St. Louis, MO 63179-0048** |

**Fill in this information to identify the case:**

Debtor name    **Bozell & Jacobs, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 **Andrew Spaulding** | **18966 C Street Omaha, NE 68130** | **Capital One Credit Card** | ☐ D _____<br>■ E/F  **3.11**<br>☐ G _____ |
| 2.2 **Kim Mickelsen-Shippen** | **778 Gunsmoke Drive Bailey, CO 80421** | **FNBO Credit Card** | ☐ D _____<br>■ E/F  **3.21**<br>☐ G _____ |
| 2.3 **Robin L. Donovan** | **15724 Leavenworth Omaha, NE 68118** | **FNBO Credit Card** | ☐ D _____<br>■ E/F  **3.21**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**Bozell & Jacobs, LLC**_____

United States Bankruptcy Court for the:  DISTRICT OF NEBRASKA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy               04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$101,370.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$5,192,325.37** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$6,211,196.37** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | **Asset Sale** | **$11,250.00** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Bozell & Jacobs, LLC**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **Capital One Credit Card**<br>PO Box 60519<br>City of Industry, CA 91716-0519 | April 2025,<br>May 2025,<br>June 2025 | $510.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Marco Technologies LLC**<br>PO Box 790448<br>St. Louis, MO 63179-0048 | 4-24-2025 | $3,931.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **Bland and Associates**<br>450 Regency Pkwy #340<br>Omaha, NE 68114 | 4-22-2025 | $1,229.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Workamajig**<br>1815 Lakewood Road<br>Toms River, NJ 08755 | 4-25-2025 | $4,262.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **Former Employees** | 7-1-2025 | $2,921.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Refund of Benefits /<br>Correction of overpayment.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a

Debtor    **Bozell & Jacobs, LLC**                                          Case number *(if known)* _____

debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Intrust Bank, NA v. Bozell and Jacobs, LLC et al.** <br> **24-cv-01123** | **Breach of Contract** | **USDC Kansas** | ■ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. | **Prospero Programming v. Bozell and Jacobs, LLC** <br> **CI 25-5720** | **Collections** | **Ditrict Court of Douglas County** | ■ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.3. | **OCD Media, LLC v. Bozell and Jacobs, LLC** <br> **CI 25-5719** | **Collections** | **District Court of Douglas County, NE** <br> **Hall of Justice** <br> **1701 Farnam Street, 5th Floor** <br> **Omaha, NE 68183** | ■ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.4. | **Sweetwaternow LLC v. Bozell and Jacobs, LLC** <br> **CV-2025-0998** | **Collection** | **Circuit Court Sweetwater Wyominh** | ■ Pending <br> ☐ On appeal <br> ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **College World Series** | **Cash** | **April 2023 and February 2024** | **$2,500.00** |
| | Recipients relationship to debtor <br> **Client** | | | |

| Debtor | **Bozell & Jacobs, LLC** | | Case number *(if known)* | |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.2. | **Make a Wish Foundation** | **In Kind Services.** | **May 2024** | **$5,000.00** |
| | Recipients relationship to debtor<br>**Client** | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Turner Legal Group, LLC**<br>**9375 Burt Street**<br>**Omaha, NE 68114** | | | **$0.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

Debtor    **Bozell & Jacobs, LLC**

Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **Various Individuals** | **Auction Solutions** conducted a public<br>auction of Debtor's physical assets. | **2/24/2025** | **$11,544.70** |
| | Relationship to debtor<br>**None** | | | |
| 13.2<br>. | **Scrap** | **See Exhibit SOFA 13.** | **May 2025** | **$0.00** |
| | Relationship to debtor<br>**None** | | | |

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1. | **2215 Harney Street**<br>**Omaha, NE 68102** | **2020-April 2023** |
| 14.2. | **407 N. 117th Street**<br>**Lower Level, Suite B**<br>**Omaha, NE 68154** | **May 2023 - February 2025** |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:
   Name of plan                                    Employer identification number of the plan

---

| Debtor | Bozell & Jacobs, LLC | Case number *(if known)* | |
|---|---|---|---|

**Bozell & Jacobs LLC Retirement Plan**      EIN:   47-0845135

Has the plan been terminated?

■ No
☐ Yes

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Extra Storage Space 19025 Edna Street Omaha, NE 68136** | **Andy Spaulding** | **Books, records, Library Items on Schedule A/B, Large Print.** | ☐ No ■ Yes |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Clients** | **Servers and Cloud Storage** | **Electronic Client Files** | **Unknown** |

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Bozell & Jacobs, LLC**                              Case number *(if known)* _____

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Bland and Associates**<br>**450 Regency Pkwy**<br>**#340**<br>**Omaha, NE 68114** | **Approx 2016**<br>**Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    **Bozell & Jacobs, LLC**

Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Bland and Associates**<br>**450 Regency Way, #340**<br>**Omaha, NE 68114** | |
| 26c.2.  **Andrew Spaulding**<br>**18966 C Street**<br>**Omaha, NE 68130** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Firespring**<br>**1201 Infinity Ct.**<br>**Lincoln, NE 68512** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.  **Auction Solutions** | **February 2025** | **Auction Solutions cataglogued Debtor's physical assets for purposes of conducting a public acution.** |
| **Name and address of the person who has possession of inventory records**<br>**Debtor** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andrew Spaulding** | **18966 C Street**<br>**Omaha, NE 68130** | **Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Laura E. Spaulding** | **18966 C Street**<br>**Omaha, NE 68130** | **Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jackie Miller** | **13615 220th Street**<br>**Council Bluffs, IA 51503** | **Officer** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor   **Bozell & Jacobs, LLC**                                     Case number *(if known)*

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No

   ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Andrew Spaulding**<br>**18966 C Street**<br>**Omaha, NE 68130** | $86,844.00 | **Prior year** | **Payroll.** |
| | **Relationship to debtor**<br>**Officer** | | | |
| 30.2. | **Jackie Miller**<br>**13615 220th Street**<br>**Council Bluffs, IA 51503** | $103,160.34 | **Prior Year** | **Payroll.** |
| | **Relationship to debtor**<br>**Officer** | | | |
| 30.3. | **Laura E. Spaulding**<br>**18966 C Street**<br>**Omaha, NE 68130** | 113594.71 | **Prior Year.** | **Payroll.** |
| | **Relationship to debtor**<br>**Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☐ No

   ☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **B & J Holdings, Inc.** | EIN:   47-0845395 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ No

   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Bozell & Jacobs, LLC**                                          Case number *(if known)*

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 23, 2025**

**/s/ Andrew Spaulding**                                    **Andrew Spaulding**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **Authorized Representative**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

## United States Bankruptcy Court
### District of Nebraska

In re   **Bozell & Jacobs, LLC**

Debtor(s)

Case No.

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **B & J Holdings, LLC**<br>**407 N. 117th Street**<br>**Lower Level, Suite B.**<br>**Omaha, NE 68154** | | **100%** | **Membership Units** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 23, 2025**

Signature   **/s/ Andrew Spaulding**

**Andrew Spaulding**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of Nebraska

In re   **Bozell & Jacobs, LLC** _____      Case No. _____

_____ Debtor(s)      Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:   **July 23, 2025** _____          **/s/ Andrew Spaulding** _____
                                                     **Andrew Spaulding**/**Authorized Representative**
                                                     Signer/Title

*Small Business Administration
District Counsel
10675 Bedford Ave, Ste 100
Omaha, NE 68134


101.3 KOZY-FM
PO Box 239
Scottsbluff, NE 69363-0239


93.3 KMOR
PO Box 239
Scottsbluff, NE 69363-0239


9News.com KUSA
PO Box 637386
Cincinnati, OH 45263-7386


Adform Inc.
7th, 255 Centre St.
New York, NY 10013


Alpha Media Columbus / KLIR-FM
1418 25th Street
Columbus, NE 68601


Andrew Spaulding
18966 C Street
Omaha, NE 68130


Beazley USA Services, Inc.
65 Memorial Road
Suite 320
West Hartford, CT 06107


BizWest Media, LLC
PO Box 270810
Fort Collins, CO 80527


Bridge Tower OpCo, LLC
PO Box 745929
Atlanta, GA 30374-5929


Capital One Credit Card
PO Box 60519
City of Industry, CA 91716-0519

Chubb Claims Department
PO Box 5122
Scranton, PA 18505


Cox Communications
c/o McCCarthy Burgess Wolff
26000 Cannon Road
Bedford, OH 44146


Cox Media LLC Kansas
PO Box 849990
Dallas, TX 75284-9990


Douglas County Treasurer
1819 Farnam StreetH-02
Omaha, NE 68183


E Squared Communications, Inc.
7537 SW 26th St.
Topeka, KS 66614-4751


Eagle Communications, Inc.
PO Box 248
North Platte, NE 69103-0248


Estes Park News
PO Box 508
Estes Park, CO 80517


Extra Storage Space
19025 Edna Street
Omaha, NE 68136


Firespring
1201 Infinity Ct.
Lincoln, NE 68512


Flagship Publishing Inc
PO Box 270130
Fort Collins, CO 80527


FNBO Credit Card
c/o Karl Von Oldenburg
14211 Arbor Street, #100
Omaha, NE 68144

FreeWheel Advertisers
23608 Network Place
Chicago, IL 60673-1236


Gannett Colorado LocaliQ
PO Box 631823
Cincinnati, OH 45263-1823


Hartford Underwriters Insurance Company
3600 Wiseman Blvd
San Antonia, TX 78251


High Plains Radio
PO Box 333
McCook, NE 69001


Huskeradio KXNP KODY KHAQ
307 E. 4th Street
North Platte, NE 69101


iHeartMedia
PO Box 419499
Boston, MA 02241-9499


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Jackie Miller
13615 220th Street
Council Bluffs, IA 51503


Joseph Donovan
15724 Leavenworth St
Omaha, NE 68118


KAKE-TV
3914 Wistar Road
Richmond, VA 23228


Kate Derr
9921 S. 168th Ave
Omaha, NE 68136

KBRB - AM/FM, KBRB - FM
PO Box 285
Ainsworth, NE 69210


KBRX- FM
PO Box 150
O'Neill, NE 68763


KCSR-AM / KBPY-FM / Chadrad Communicatio
226 Bordeaux St.
Chadron, NE 69337


kdvr.com
PO Box 11155
Los Angeles, CA 90074-1155


KFXJ-FM / SummitMedia LLC / Wichita
PO Box 530063
Atlanta, GA 30353-0063


Kim Mickelsen-Shippen
778 Gunsmoke Drive
Bailey, CO 80421


KMRZ
PO Box 2128
Rock Springs, WY 82902


KNEN-FM
214 North 7th Street
Suite 1
Norfolk, NE 68701


KNOP
PO Box 14200
Tallahassee, FL 32317-4200


KNZA Inc. KOZA-FM / Billing Services
PO Box 104
Hiawatha, KS 66434-0104


KQSW
PO Box 2128
Rock Springs, WY 82902

KRVN-AM
PO Box 880
Lexington, NE 68850


KSIT
PO Box 2128
Rock Springs, WY 82902


KSUX Radio
2000 Indian Hills Drive
Sioux City, IA 51104


KUNC   The Colorado Sound
1901 56th Avenue
Suite 200
Greeley, CO 80634


KUSO-FM
214 North 7th Street
Suite 1
Norfolk, NE 68701


KWCH
PO Box 14200
Tallahassee, FL 32317-4200


Lamar Companies
PO Box 746966
Atlanta, GA 30374-6966


Laura E. Spaulding
18966 C Street
Omaha, NE 68130


Learfield
PO Box 843787
Kansas City, MO 64184


Lee Agri-Media c/o Lee Advertising
PO Box 4690
Carol Stream, IL 60197-4690


Limbo, LLC
407 N 117th Street
Omaha, NE 68154

Marco Technologies LLC
PO Box 790448
St. Louis, MO 63179-0048


Meltwater News US Inc
PO Box 23721
14005 Live Oak Ave
Irwindale, CA 91706-1300


Nebraska Department of Revenue
Bankruptcy Unit
P.O. Box 94818
Lincoln, NE 68509


Nebraska Farm Bureau News
PO Box 640
Iowa Falls, IA 50126


Nebraska Rural Electric Association
PO Box 82048
Lincoln, NE 68501


Nebraska Rural Radio Association
1309 RD 11
York, NE 68467


News Channel Nebraska 35
214 North 7th Street
Suite 1
Norfolk, NE 68701


News Talk 690/101.7 - KOLT
PO Box 239
Scottsbluff, NE 69363-0239


NGWN
2923 E Lincolnway
Cheyenne, WY 82001


North Platte Bulletin
1300 E. 4th
Suite F
North Platte, NE 69101

NRG Media
PO Box 666
Kearney, NE 68848


OCD Media, LLC
1031 Tiki Ter
Hardeeville, SC 29927


Ogden Publications, Inc. / ATTN: Account
1503 SW 42nd Street
Topeka, KS 66609


Pinnacle Media
6721 W. 121st St.
Overland Park, KS 66209


Prairie Mountain Media
PO Box 8008
Willoughby, OH 44096-8008


Prime Secured
PO Box 660831
Dallas, TX 75266-0831


Prospero Programmatic
1031 Tiki Ter
Hardeeville, SC 29927


Robin L. Donovan
15724 Leavenworth
Omaha, NE 68118


Sinclair Broadcast Group c/o KHGI
PO Box 206270
Dallas, TX 75320-6270


Spectrum Reach
PO Box 936671
Atlanta, GA 31193


Street Media Group, LLC
3553 Clydesdale Parkway
Suite 310
Loveland, CO 80538

Sweetwaternow LLC
c/o Charles Barnum, PC
409 Broadway Street, Suite A
Rock Springs, WY 82901


TCV Publishing, Inc. / The Community Voi
2918 E Douglas
Wichita, KS 67214


The North Platte Telegraph c/o Lee Adver
PO Box 4690
Carol Stream, IL 60197-4690


TRN Media
40 Shoshone Ave.
Green River, WY 82935


US Bank Equipment Finance
1310 Madrid Street
#101
Marshall, MN 56258


Valpak of Omaha
PO Box 856412
Minneapolis, MN 55485-6412


Wichita Business Journal / American City
PO Box 504245
St. Louis, MO 63150


WJAG AM / KEXL FM / KQKX FM
PO Box 789
Norfolk, NE 68702-0789


Workamajig
1815 Lakewood Road
Toms River, NJ 08755

# United States Bankruptcy Court
## District of Nebraska

In re   **Bozell & Jacobs, LLC**                                        Case No.
                                               Debtor(s)            Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Bozell & Jacobs, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**B & J Holdings, LLC**
**407 N. 117th Street**
**Lower Level, Suite B.**
**Omaha, NE 68154**

☐ None [*Check if applicable*]

**July 23, 2025**                                    **/s/ Patrick R. Turner**
Date                                              **Patrick R. Turner**
                                               Signature of Attorney or Litigant
                                               Counsel for   **Bozell & Jacobs, LLC**
                                               **Turner Legal Group, LLC**
                                               **9375 Burt Street**
                                               **#200**
                                               **Omaha, NE 68114**
                                               **402-690-3675**
                                               **pturner@turnerlegalomaha.com**

**United States Bankruptcy Court
District of Nebraska**

In re      **Bozell & Jacobs, LLC**

Case No.

Chapter  **11**

Debtor(s)

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Andrew Spaulding**, declare under penalty of perjury that I am the **Authorized Representative** of **Bozell & Jacobs, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 21st day of April, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Andrew Spaulding**, **Authorized Representative** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Andrew Spaulding**, **Authorized Representative** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Andrew Spaulding**, **Authorized Representative** of this Corporation is authorized and directed to employ **Patrick R. Turner**, attorney and the law firm of **Turner Legal Group, LLC** to represent the corporation in such bankruptcy case."

Date  **July 21, 2025**

Signed  **/s/ Andrew Spaulding**

**Andrew Spaulding**

Resolution of Board of Directors
of
**B&J Holdings, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Andrew Spaulding**, **Authorized Representative** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Andrew Spaulding**, **Authorized Representative** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Andrew Spaulding**, **Authorized Representative** of this Corporation is authorized and directed to employ **Patrick R. Turner**, attorney and the law firm of **Turner Legal Group, LLC** to represent the corporation in such bankruptcy case.

Date  **July 21, 2025**                          Signed   **/s/ Andrew Spaulding**

Date  **July 21, 2025**                          Signed   **/s/ Laura Spaulding**

Date  **July 21, 2025**                          Signed   **/s/ Jackie Miller**